United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Marco Mercuriali and all others similarly situated, Plaintiffs, <br><br> v. <br><br> RTK Management, Inc. and Stavros Konsoulas, Defendants. | ) ) ) ) ) Civil Action No. 17-24543-Civ-Scola ) ) ) ) |

## Order Setting Aside Default and Granting Motion for an Extension of Time to Serve

Plaintiff Marco Mercuriali, in this Fair Labor Standards Act case, asks the Court for an additional sixty days in which to effect service against Defendant Stavros Konsoulas. A court must extend the time for service if a plaintiff shows good cause for the failure to serve. Fed. R. Civ. P. 4(m); *but see Horenkamp v. Van Winkle & Co., Inc.*, 402 F.3d 1129, 1132 (11th Cir. 2005) (permitting an extension of time to serve under Rule 4(m) "even in the absence of a showing of good cause"). An extension under this rule should be for an "appropriate period." Fed. R. Civ. P. 4(m).

It appears Mercuriali has attempted to effect service of process on Konsoulas on multiple occasions at multiple addresses, all to no avail. Mercuriali suspects that either Konsoulas is purposely evading service or possibly lives outside of the country. The Court finds Mercuriali has established good cause but grants Mercuriali only an additional thirty days in which to effect service on Konsoulas. Mercuriali's motion (**ECF No. 13**) is therefore **granted in part** such that the deadline for service on Konsoulas is extended until **April 15, 2018**.

Additionally, Defendant RTK Management, Inc. asks the Court to set aside the clerk's default entered against it on February 13, 2018 (Clerk's Entry of Def., ECF No. 11). (Def.'s Mot. to Set Aside, ECF No. 12.) This motion is unopposed. Having reviewed the motion, the relevant portions of the record, and the pertinent legal authority, and otherwise finding good cause to set aside the default, the Court **grants** RTK's motion (**ECF No. 12**). The Court **directs** the Clerk to **vacate** the default entered against RTK (**ECF No. 11**). RTK must file its response to the complaint on or before **March 22, 2018**. Further, the Court orders the parties to submit their joint-discovery-plan-and-conference report, as described in the Court's initial order, on or before **March 28, 2018**.

**Done and ordered** at Miami, Florida, on March 15, 2018.

_____
Robert N. Scola, Jr.
United States District Judge